United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Binyin 1502 LLC,
    Defendant

Adv. Proc. No. 25-01086-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: May 14, 2025      Form ID: pdf031      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Binyin 1502 LLC, 4515 18th Ave, Fl 1, Brooklyn, NY 11204-1292 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | May 15 2025 00:47:00 | Richard A Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Chad V Haes | on behalf of Plaintiff Richard A Marshack chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Ira David Kharasch | on behalf of Defendant Binyin 1502 LLC ikharasch@pszjlaw.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: May 14, 2025 | Form ID: pdf031 | Total Noticed: 2

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 6

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  AARON E. DE LEEST, #216832
   adeleest@marshackhays.com
3  CHAD V. HAES, #267221
   chaes@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Richard A. Marshack,
   Plaintiff and Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**MAY 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte      **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.  8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No.  8:25-ap-01086-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>BINYIN 1502 LLC, a New York limited liability company, and DOES 1 through 20, inclusive,<br><br>    Defendant(s). | ORDER CONTINUING STATUS CONFERENCE<br><br>Original Status Conference<br>Date:  May 30, 2025<br>Time:  10:00 a.m.<br><br>Continued Status Conference<br>Date:  February 19, 2026<br>Time:  10:00 a.m.<br>Place: Courtroom 5C – In-person<br>          411 W. Fourth Street<br>          Santa Ana, CA 92701 |

    As set forth in the Order Establishing Streamlined Procedures Governing Adversary Proceedings, entered in Case No. 8:23-bk-10571-SC on April 28, 2025, as Dk. No. 2406, the status conference in the above-entitled matter is continued to February 19, 2026, at 10:00 a.m. The status conference set forth in the summons is vacated.

/ / /

/ / /

1

1 | The last day to file a joint status report is February 5, 2026.

2 | **IT IS SO ORDERED.**

3 | ###

23 | Date: May 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2